UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN R. EAGLESON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO.: 17-CV-00244-MJR-RJD |
| | ) |
| CITY OF GRAYVILLE, a municipal corporation, | ) |
| ROY MANN, individually and in his | ) |
| official capacity as Chief of Police of Grayville | ) |
| Police Department, JESS BURLEY, individually | ) |
| and in his official capacity and as Sergeant for | ) |
| the City of Grayville. | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ENTRY OF DEFAULT PURSUANT TO F.R.C.P. 55(a)

The Plaintiff, JOHN R. EAGLESON, by and through his attorney, Greg Roosevelt, Roosevelt Law Office, pursuant to F.R.C.P. 55 moves this Court for an entry of default under F.R.C.P. 55(a) and further states:

1.  The Defendants, CITY OF GRAYVILLE, a municipal corporation and public entity, ROY MANN, Chief of GRAYVILLE POLICE DEPARTMENT, individually and in his official capacity, and JESS BURLEY, individually and in his official capacity, are in default for failure to respond to the Complaint within the time and in the manner prescribed by Federal Rule of Civil Procedure 12.

2.  The Docket Report in this matter in #8 shows that summons was returned executed by John R. Eagleson. All defendants were served on March 17, 2017. An Answer due date was assigned of April 7, 2017.

3. None of the Defendants have plead or otherwise defended.

4. Counsel for Plaintiff will give notice of any Entry of Default entered by the Clerk by regular mail to the last known address of each defaulted party and will then certify to the Court that the notice has been sent to each defaulted party pursuant to Local Rule 55.1.

WHEREFORE, Plaintiff respectfully requests that a Default be entered as to all three Defendants, CITY OF GRAYVILLE, a municipal corporation and public entity, ROY MANN, Chief of GRAYVILLE POLICE DEPARTMENT, individually and in his official capacity, and JESS BURLEY, individually and in his official capacity, pursuant to F.R.C.P. 55(a).

Respectfully submitted,

/s/Greg Roosevelt
Greg Roosevelt, #02375427
Roosevelt Law Office
610 St. Louis Street
Edwardsville, IL 62025
618-656-9160 / 618-692-9718 Fax
gregroosevelt@gmail.com