UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN R. EAGLESON | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) NO.: 17-CV-00244-MJR-RJD |
| | ) |
| CITY OF GRAYVILLE, a municipal corporation, | ) |
| ROY MANN, individually and in his | ) |
| official capacity as Chief of Police of Grayville | ) |
| Police Department, JESS BURLEY, individually | ) |
| and in his official capacity and as Sergeant for | ) |
| the City of Grayville. | ) |
| | ) |
|     Defendants. | ) |

## PLAINTIFF'S MOTION TO WITHDRAW REQUEST FOR DEFAULT ORDER

The Plaintiff, JOHN R. EAGLESON, by his attorney, Greg Roosevelt, Roosevelt Law Office, respectfully requests that Plaintiff's Motion for a Default Order be withdrawn as moot due to Defendants' Answer and Response.

Respectfully submitted,

/s/Greg Roosevelt
Greg Roosevelt, #02375427
Roosevelt Law Office
610 St. Louis Street
Edwardsville, IL 62025
618-656-9160 / 618-692-9718 Fax
gregroosevelt@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2017 I electronically filed **Plaintiff's Motion to Withdraw Request for Default Order** which will send notifications of such filing to the following:

Joseph A. Bleyer
BLEYER and BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
618-997-1331
618-997-6559 Fax
jableyer@bleyerlaw.com

                                        s/Greg Roosevelt
                                        Greg Roosevelt, #02375427
                                        Roosevelt Law Office
                                        610 St. Louis Street
                                        Edwardsville, IL 62025
                                        618-656-9160 / 618-692-9718 Fax
                                        gregroosevelt@gmail.com