UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOHN R. EAGLESON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17-00244-MJR-RJD |
| | ) | |
| CITY OF GRAYVILLE, a municipal corporation, ROY MANN, individually and in his official capacity as Chief of Police of Grayville Police Department, JESS BURLEY, individually and in his official capacity and as Sergeant for the City of Grayville, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**Expert Affidavit of David Byron**

As a basis for this affidavit, I have examined the Expert Report of Jimmy Hinkle of SIR Investigations. This Report is adequate for me to form a reliable professional opinion concerning the scientific validity of Mr. Hinkle's opinion regarding the bullet trajectory and position of the shooter. I have assumed that Mr. Hinkle's reports were intended and required to contain a complete statement of all opinions to be expressed at trial with the reasons and basis therefor.

In the remainder of this affidavit, I develop the reasons why, in my professional opinion, the following things are true:

(1) Mr. Hinkle does not meet the minimum standard of specialized ballistics knowledge required to render a reliable opinion on the physical position and trajectory issues of this case. Because of his lack of sophistication in ballistic analysis and the implementation thereof, his erroneous interpretations of the ballistic phenomena in this case would not only not be helpful to the jury, but would actually be misleading.

(2) Even if it were deemed that Mr. Hinkle met the threshold expertise qualification, the actual analysis that he has carried out does not satisfy the relevant standards of professional rigor that would have to apply in order to render the important ballistic conclusions that he reaches.

(3) My analysis in this affidavit focuses on examples of Mr. Hinkle's conclusions that are so methodologically incomplete that any competent ballistician ought to agree about their lack of sound basis or where, in my professional opinion, he either misapplies or is incapable of applying an analytical tool required to reliably reach his conclusions.

**Specific basis for my opinion:**

Mr. Hinkle opines that he has determined that the position of Sergeant Burley can be defined by the positions of the bullet hole in the windshield, and where the bullet and bullet fragment struck Mr. Eagleson, and that a straight line from Mr. Eagleson's injuries through the bullet hole in the windshield can be drawn and defines the trajectory of the bullet. Mr. Hinkle so states this on page 7 of his Expert Report and illustrates it on his attached drawings:

> Final conclusion analysis was based on the following:
>
> 1. Using a triangle method of determining where Sergeant Burley was at when he fired the round will assist in this analysis.
> 2. The location where the bullet struck the windshield.
> 3. Mr. Eagleson being struck by the bullet in his right jaw.
> 4. A fragment of the bullet striking Mr. Eagleson in the right shoulder.

**Mr. Hinkle uses a scientifically invalid method to determine bullet path (trajectory).**

The path of a bullet through a modern U.S. automobile's windshield is not defined by a straight line. The windshield is made of toughened glass forming a sandwich over a core of polymer. The geometry of the windshield is a compound curvature which is steeply angled front to back. A handgun bullet striking a windshield with a non-perpendicular impact, such as the one in this case, will strike the windshield on one side of the ogive of the projectile, thereby "tipping" it and causing a change in direction. If the bullet penetrates the windshield at an angle it will leave an oval hole. The measurement of the oval shape of the hole can be used to determine the approximate horizontal angle of the initial bullet path relative to the car. It can also be used to yield an approximate deviation from that initial bullet path, a deflection caused by the materials used in the construction of the windshield and the bullet tipping.

The above description of bullet trajectory through a windshield is based on my personal knowledge and experience, and has been validated by over eighty years of live fire testing as reported in industry

literature. Evaluations of bullet holes in windshields has further been standardized and the scientifically validated methods have been widely published, subjected to peer review and demonstrated.

Besides the invalid assumption that a bullet traveling through an angled windshield in a straight line, Mr. Hinkle also makes the scientifically invalid assumption of the precise location of Mr. Eagleson. The human body is not a fixed crash test dummy, and rather is normally in motion. Mr. Hinkle cannot legitimately presume to know precisely where Mr. Eagleson was at the moment of shooting as he has drawn, thereby creating a fixed endpoint for his straight line "triangulation."

Mr. Hinkle's methodology was not poorly explained, and would not be possible to correct if the expert is given a second chance as the basis for the opinion is invalid.

In summary, I believe that Mr. Hinkle is not knowledgeable enough to give reliable ballistics testimony in this case and, even if he were, his opinions about fundamental issues in this case are demonstrably undermined by methodological errors and/or other errors and omissions that render those opinions unreliable. These are the conclusions that I articulated at the outset of this affidavit.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 19th January, 2018.

by  _____
      David Byron


**Expert's statement of qualifications:**

David Byron
1036 Greenwood Blvd. #314
Lake Mary, FL 32746
sciencesouth@gmail.com

| | |
|---|---|
| Phone: | 407-278-5800 |
| Cell Phone: | 407-860-4790 |
| Fax Line | 708-667-1888 |
| E-Mail (Private)  : | b@att.net |

David Byron is a product of the technology age. As an engineering student at the University of Florida at the beginning of the 1970's, Byron lived through the rapid technology changes that left the curriculum behind: the switch from vacuum tubes to IC, the emergence of computers, and the materials revolution. He has managed to remain on the cutting edge of several of these overlapping fields. Byron has been on, and has set the cutting edge, of the firearms business since he entered the field as a gunsmith in 1970.

Byron has forty-five years of experience in the firearms and police field, and thirty-five years of experience as an expert witness, and has testified in federal and state courts rendering opinions about cases ranging from patent litigation and product design to quadruple homicide, and his testimony has always been allowed.

**Firearms and Manufacturing Experience**

David Byron was the Chairman and Technical Director of Vintage Industries, Inc., a plastics research, development, toolmaking and production molding company that specialized in products for the Defense and Armaments industries. He was responsible for the direction of all R&D performed by the company, and had the responsibility for manufacturing technology, and new product development.  His background also includes the civilian firearms field.  He was first licensed by the U.S. Treasury Dept. as a gunsmith while still an engineering student at the Univ. of Fla. in 1970, and has been active in the armaments business as a designer, licensed firearms dealer, owner/operator of a retail gun store, licensed firearms manufacturer, registered armaments exporter and writer since that time. He created a retail gunsmithing operation which grew to include repair and refurbishment of arms for police departments, weapons (antique and modern firearms, air guns, archery equipment, and edged weapons) repair and refurbishment and custom services such as building police sniper weapons. His shop dealt in equipment and accessories for the sporting arms and police markets. In 1974 he entered the retail collectible arms trade, in 1976 became a registered arms exporter with the U.S. State Dept., and in 1978 started manufacturing polymer arms components and plastic's tooling.  In 1977 he wrote his first best seller, The Firearms Price Guide, which described and valued over 5,000 antique and modern handguns, rifles, shotguns and machine guns. He has written eight definitive firearm price guides, as well as firearms identification guides published by Crown, HOC and Random House. He has invented armaments, detection systems, computer peripherals, ammunition, armor and has devised proprietary methods of manufacturing molds and tooling systems for the plastics and ceramics industry. He is well known in the sporting arms industry as a manufacturer of both OEM and replacement firearm and accessory parts. Byron designed and manufactured component parts and assembly tools used in original production firearms for Colt, Winchester, Savage, Mossberg, Marlin, and others. Byron and Vintage were best known to consumers as the manufacturer of grips for about 1000 different firearms, and to firearms manufacturers as an OEM manufacturer of grips, gunstocks, firearm locks, firearm sights, firearm triggers, other firearm and armament components, and for firearms engineering and design. Under Byron's leadership Vintage grew from a bare startup plastic injection molding firm to include design engineering, toolmaking, injection molding, thermoset molding, thermoset composite forming, thermoplastic composite fabrication, assembly and product packaging.

Byron's novel utilizations of technology developed for rapid prototyping and rapid moldmaking have led to the development of precision in-situ reverse engineering by which objects can be modeled and analyzed non-destructively in their functional environment. Applications include examining prosthetic implants for wear or damage, or measuring projectile fragments, without having to remove the objects from the body.  The scanned 3D image of the object can produce 3D stereolithography models as accurate as .001", and computer virtual solid models may achieve even greater accuracy.

David Byron is also the inventor of the polymer gun system, a project researched and patented by Byron. The Polymer Gun represents a completely new technology for the armaments industry, and the patents

encompass action design, recoil control, gas flow, feed mechanism design, materials utilization, barrel design, ergonomics as well as manufacturing automation techniques.  Byron holds four U.S. patents on polymer firearms.

He is also the inventor of high pressure polymer cased ammunition, and served as the principal investigator for the U.S. Department of Defense project to develop this ammunition for military use. Byron has three issued U.S. patents for this type of ammunition. He also assisted in the development of shotgun pellets and bullets made from bismuth to help protect the environment, and indoor range atmosphere, from lead.

As part of the polymer cased ammunition project Byron was tasked with designing and creating a pilot high speed ammunition production line to incorporate case manufacturing into a load and pack automated assembly line for ammunition that met U.S. military ammunition and safety standards. This work was performed at the U.S. Army's Mississippi Army Ammunition Plant.

Byron has assisted OEM customers in engineering replacement components for very high rate production machinery. He also assisted in designing and fabricating production assembly setups and part holding devices. He has designed and manufactured stocks and stock components for OEM firearms. Byron's designs included functional and decorative values to meet clients' trademark and trade dress component recognition requirements.

As part of his duties at Vintage Industries, Inc, David Byron supervised the preparation of, and delivered technology presentations.  He also utilized his acquired skills in cost engineering for the preparation of business plans and supervising major U.S. Defense Dept. proposal submissions.  His responsibilities extended to Marketing and Sales for the firm, and he supervised sales campaigns and participation at trade shows.

Byron designed and made very high precision tooling to produce parts with tolerances under .002" for the Defense and armaments industry. These products ranged from integrated laser and optical sight mountings for shoulder fired missiles, molded cartridge cases, to single-user combination lock components in grips and gunstocks. He also designed and manufactured the polymer gun locks which became an OEM product included with new firearms from several major gunmakers.

Byron maintains his familiarity with the state-of-the-art in weapons and computer-aided engineering by attending continuing education courses on interior ballistics, gun design, computer hardware and engineering software applications, and state-of-the-art machining and fabrication systems on a regular basis.

Byron also assisted Magnum Technology, Inc. as its CTO.  Magnum was awarded a U.S. Army contract for Byron's Composite Reinforced Ceramic Technology (CRCT) machinegun barrels, and Byron was the Principal Investigator.  Materials utilized for the Byron patent leap-ahead CRCT technology include advanced engineering ceramics, self-reinforced thermoplastics, thermoset resins, and advanced composite structures.

In the manufacturing arena Byron, was driving state-of-the-art tooling technology at Magnum Technology, Inc.  This included: precision rapid toolmaking for molding polymers or ceramics; alternate materials tooling systems; advanced composite structures; advanced technology metallizing and coatings. A specialty of Magnum is the design and fabrication of tooling systems for high shock, high temperature alternate materials structures.  Magnum's Byron-designed thermoplastic composite winding machine is considered by the composites industry to be the most technically advanced machine of its type in the world.

Some of Byron's other inventions include: simulation and training devices, polymer firearms, passively illuminated safety devices, military weapons systems and components, polymer ammunition, ergonomic gun stocks, aircraft power systems, computer data transfer method and system, armament systems, ergonomic devices, novel materials, fabrication, computer peripheral devices, hypersonic aircraft leading edge cooling systems, golf clubs, racquets for tennis and racquetball, advanced materials weapons structural systems (CRCT), weapon detection systems, platform independent encryption, welding and cutting device, passive and active armor systems, passive thermal regulation and cooling systems, and public safety devices.  He is also the co-author and copyright holder of successful commercial computer programs.

Byron's invention for a way to detect and locate incoming sniper fire within 0.1 seconds of being fired, locate the shooter within 10 yards, and automatically direct counterfire earned him a "Top Solver" award from Innocentive, and an endorsement from the U.S. Air Force Wright Institute.

Byron's experience as a police firearms training and range officer gave him the "hands-on" experience to understand how firearms and related equipment are used in the real world by the law enforcement community. He is certified to teach firearms handling, safety, use, techniques, maintenance and combat shooting to police officers. This background led to the creation of ergonomic modifications to production firearms by major manufacturers.

As the CTO of Science South, Inc., Byron is working on armor systems to protect troops and police from both kinetic and thermobaric munitions. He has pending patents in the field for both flexible and rigid armor, and for energy transformation through phase change of components. As part of his duties he developed protocols for terminal ballistics and projectile behavior for armor evaluations, designed firing ranges and ballistic test stands, and supervised extensive live fire testing. Byron's current generation of armor is the lightest made, is flexible, and has passed U.S. National Institute of Justice standards testing for Levels IIIa (.44 Mag.), III (.30-06) and IV (.30-06 Armor Piercing) as well as .50 Browning M.G. Armor Piercing.

David Byron has been qualified as an expert witness in firearms functioning, firearms technology (including airguns, munitions and other weapons), firearms history, firearms identification, industrial systems and ballistics (interior, exterior, terminal and reconstructive) in state and federal courts.  Byron's testimony has always complied with Frye and Daubert rules, and his opinions in criminal, civil and patent cases have always been allowed. He has written over a dozen books in the field, and developed a huge computer database of information on firearms makers, subcontractors, and small arms from around the world.  This database has been utilized for the Byron books, and by organizations such as H.P. White Labs and the Federal Aeronautics Administration.

**Plastics Industry Experience**

Byron created a start-up plastics manufacturing company that evolved into a leading regional injection molding, engineering and moldmaking company, and served as the Chairman and Chief Technology Officer. Manufacturing technologies included:  product design engineering, mold design and toolmaking, injection molding, thermoset molding, thermoset composite forming, thermoplastic composite fabrication, and product assembly and packaging. Byron invented and led the development of novel moldmaking technologies. He also created a "paperless" engineering and toolmaking protocol that integrated 3DCAD/CAE/CAM design, toolmaking and production with Quality Assurance and Marketing which shortened the time to quote complicated jobs, shortened job lead time, and improved quality. This helped the company to earn a high vendor rating and excellent "LEAN" percentage from U.S. government prime contractors. The company also served as a major OEM manufacturer of grips, stocks and other components for US and European firearms manufacturers. Byron has been an invited speaker to present his insights and technical developments at the Society of Plastic Engineers (SPE) annual meetings. He invented an award winning very rapid precision moldmaking technology for rapid prototyping that could also be used for production molds. The company specialized in designing and building very complex molds with multiple core pulls, and part tolerances under .001" with inserts. Byron also designed very high speed automated production tooling for thermoplastic molding, and designed and created polymer component parts for very high rate production machinery. As part of his duties, Byron was responsible for polymer materials selection for products designed in-house. He acted as Chief Scientist on two U.S. military development projects: one to develop high pressure polymer case ammunition, and another to develop non-metallic machinegun barrels. Byron is certified in injection molding operations and has been trained in computer assisted design, engineering and mold design, and has active licenses and continues to use professional engineering software from Solidworks and Autodesk.

**Computer Experience**

Byron first learned to program while he was a student at the Univ. of Florida.  He was trained at that time in Fortran, and wrote engineering programs on card decks.  Since then he has learned modern programming languages, and has written successful commercial programs since the mid-1980's.

He was an Editor of R.Fringe Publishers, Inc., a software publisher, and was a member of ASP (Association of Shareware Professionals), the Chairman of the ASP Speaker's Bureau, and a software reviewer for that organization.

David Byron was also well known to computer industry professionals as the co-host of the DataZone, a weekly radio show about the computer industry that was heard nationwide on the Sun Radio Network. He was also the East Coast Editor of OpenSourceLoudspeaker.com, a radio news gathering organization specializing in the computer industry.

He has performed programming and led teams of programmers to create boxed retail commercial software for software publishers. Application OS includes Windows, Pocket PC, Palm, Linux, Android, as well as custom programming for dedicated devices. He created and maintained e-commerce sites, and

coordinated Ebay and Amazon sites for mail-order companies. He has volunteered his time to work with the DMOZ Project, OpenUsability Project, and OpenOffice.org Project.

He is the inventor of the NCT process for making precision plastic injection molds.  The process is so accurate that it can duplicate the microscopic pits that form the data on CD and DVD disks.  NCT can make a 3D mirror image, and produce molds quickly and inexpensively.  His experience in the plastics industry also has given him a background in manufacturing of software, computer hardware and packaging.

Byron was the Director of Publishing Administration for a major publisher of budget software, and was also in charge of government sales for them.  Part of his duties involved working with mass-market retailers, from sales and support to custom manufacturing.  In his tenure Byron performed programming, proposed and carried through new projects, and, using virtual space, coordinated multinational programming teams with members located as far away as India and Russia. He was involved with title selection, defining content and team duties, artwork, designing retail packaging, and selecting vendors.

Byron now serves as the Chairman and CTO of Science South, Inc., a research and development company.  Under Byron's technical leadership, Science South has commercialized a range of products ranging from those manufactured using his Rapid Moldmaking Technology, to food products manufactured with Science South's proprietary sweetener Zugr™ and software.

Byron created the concept of a new office productivity software, MultiMedia Office™, using an Open Source business model, and started the project, led the development team, conducted negotiations for product distribution, recruited team members, and brought the product to market.  Science South, Inc. has spun off this project and created a new company, Plata Software, Inc. to market it.

In the late 1970's Byron began research on synthesizing diamond and other non-metallic crystalline materials at low temperature and pressure. Byron's pioneer patent was issued in 2000.

**Publishing Experience:**

David Byron has been involved with all aspects of the book and software publishing industry.  He began writing technical articles in 1974, and in 1977 Crown Publishers published his first book.  Since that time he has written over a dozen books, for Crown, House of Collectibles, Random House, and others. He has written numerous magazine articles, and has been a full member of the Authors Guild.

In 1977 Byron realized that a strong interface with computer technology could aid in the rapid production of camera-ready copy, and on this basis started a phototypesetting business.  He not only produced typeset galleys, but was also responsible for paste-up, art masking and screening, art editing, and ultimately the complete layout and style sheets.  His clients included Crown Publishers, Random House, House of Collectibles (now Ballantine), and HBJ.  He sold the typesetting business in 1986.

Byron learned the mechanics of the editing process, and the critical relationship between the editorial and marketing departments, during his long association with his mainstream publishers.  As an author, and as

a vendor, his duties included performing and then supervising rewrite, review, proofing, and layout. He also performed title selection, and interfaced with marketing to sell titles to the selection boards.

During his tenure in the typesetting business, Byron became intimately involved with the other side of publishing by actually producing several titles for other authors. Responsibilities included choosing printers, binders, embossers, papers, inks, as well as methods of shipping, storage and marketing. The decision process on the production side was driven by a cost/benefit analysis of each of the components, and how they related to consumer acceptance, store visibility, postage costs, and other marketing considerations.

Currently, Byron is still writing technical books (now including computer as well as firearm titles), and is still supplying his books as camera-ready copy, albeit made with high-resolution DTP instead of traditional phototypesetting, and as e-books.

**Logistics Experience**

For most of Byron's career he has had the responsibility of managing the timely and economical transport of goods, ranging from raw materials to finished products. Often these products required precise scheduling to meet "Just-in-Time" requirements, as well as special handling and the design of special packaging. Added to that was the complication of arcane licensing, registration, terms and paperwork required by multiple agencies and governments. His product transport experience ranges from bulk shipments of chemicals, to finished retail goods with products as diverse as boxed software with displays to frozen and refrigerated foods and the international delivery of weapons and their components. He has been a registered exporter with the U.S. State Department Office of Munitions Control.

**Background and Credentials:**

Advocate for improving weapons detection systems at airports and public buildings since 1982; invited to testify to the U.S. Congress twice on this subject, has spoken to governmental bodies, civic groups, and has debated this subject on live national television. Byron was a leading voice since the early 1980's that security for public buildings and transportation were inadequate to counter terrorist threats. This led to a law incorporating Byron's ideas called the "Terrorist Firearms Detection Act of 1988" (renewed by Congress in 2003).

Lecturer on advanced gun systems, and the future of armament technology. Has appeared on national TV and radio, as well as CBC and BBS Worldwide. Has spoken before many official and military bodies, including testimony to the U.S. Congress.

Invited to present technical papers at various symposiums ranging from "Firearms Identification Systems" at the Association of Firearms and Toolmark Examiner's (AFTE) yearly conference, "Thermoplastic Elastomers in Firearms Manufacturing" at the Society of Plastics Engineers (SPE) annual conference, to "Polymer Weapons Detection" at the International Counter Terrorism conference.

Federally licensed gun dealer, gun manufacturer and exporter, since 1970.

Expert Witness: firearms functioning and design; gunsmithing, ballistics, firearms value, history and identification; industrial systems, software/programming, gemology

Instructor in law enforcement gunsmithing and ballistics at Santa Fe Community College (now Santa Fe State College), Gainesville, Fla., and at Seminole Community College (now Seminole State College), Sanford, Fla.

Police armorer and range officer, Casselberry, Fla. Police Dept. 1973-75

Certified instructor: rifle, pistol, shotgun marksmanship; police combat firearms; Fla. State licensed firearms instructor

Approved by Veterans Administration to conduct apprenticeship programs to train gunsmiths

Life member National Rifle Association

Corresponding member Arms & Armour Society of Great Britain

Member National Benchrest Shooters Assn.

Member American Electroplaters and Surface Finishers Society

Member International Platform Association

Member Authors Guild

Technical Advisor, Association of Firearm and Tool Mark Examiners

Graduate, Gemological Institute of America

Member, Association of Shareware Professionals, a professional association of computer software writers

**Author of the following books:**

THE FIREARMS PRICE GUIDE, 1st. Edition, Crown Publishers, NY

THE FIREARMS PRICE GUIDE, 2nd. Edition, Crown Publishers, NY

GUNMARKS, Crown Publishers, NY

THE OFFICIAL 1982 GUIDE TO ANTIQUE AND MODERN FIREARMS, H.O.C. Publishers, Orlando, Fla.,

THE OFFICIAL 1983 GUIDE TO ANTIQUE AND MODERN FIREARMS, H.O.C. Publishers, Orlando, Fla.

THE OFFICIAL 1984 GUIDE TO ANTIQUE AND MODERN FIREARMS, H.O.C. Publishers, Orlando, Fla.

THE OFFICIAL 1985 GUIDE TO ANTIQUE AND MODERN FIREARMS, H.O.C. Publishers, Orlando, Fla.

THE OFFICIAL 1986 GUIDE TO ANTIQUE AND MODERN FIREARMS, Random House, NY.

THE OFFICIAL GUIDE TO FIREARMS, Random House, NY.

THE OFFICIAL 1984 GUIDE TO COLLECTOR HANDGUNS, H.O.C. Publishers, Orlando, Fla.

THE OFFICIAL 1985 GUIDE TO COLLECTOR HANDGUNS, H.O.C. Publishers, Orlando, Fla.

THE OFFICIAL 1986 GUIDE TO COLLECTOR HANDGUNS, Random House, NY.

THE OFFICIAL GUIDE TO GUNMARKS, H.O.C. Publishers, Orlando, Fla.

GUNSMITH KINKS VOL. II, Edited by Frank Brownell - Chemistry Section, Brownell's, Montezuma, Ia.

THE VINTAGE CATALOG, An annually revised identification guide

THE ORIGINAL GUIDE TO GUNMARKS, Science South, Inc., Lake Mary, Fla.


Numerous magazine articles and commercial software programs have also been written by David Byron.


**U.S. Patents issued to David Byron**

8,679,399     Apparatus for metal cutting and welding

7,441,504     Base for a cartridge casing body for an ammunition article, a cartridge casing body and an ammunition article having such base, wherein the base is made from plastic, ceramic, or a composite material

6,845,716     Ammunition articles with plastic components and method of making ammunition with plastic components

6,752,084     Ammunition articles with plastic components and method of making ammunition articles with plastic components

6,077,410     Method and apparatus for forming crystals

5,438,895     Fastener and driving tool

4,962,903     Cooling method and apparatus for wings and other fuselage components

4,947,730     Firing mechanism for polymer weapon apparatus

4,926,739     Polymer gun operating handle

4,838,143       Polymer weapon apparatus with counter-torque device

4,703,826       Polymer gun


Current Information is available on LinkedIn:  http://www.linkedin.com/in/davidbyron

Additional information available upon request.

Additional biographical information can be found in WHO'S WHO IN THE WORLD.